UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOVAN CAMPBELL, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

BABY'S 1st FURNITURE, INC.,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/10/2023_

22 Civ. 9788 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties proposed case management plan. ECF No. 12. The parties have not agreed on an alternative dispute resolution mechanism. *Id.* ¶ 10(b). Accordingly, by **January 17, 2023**, the parties shall file a revised case management plan jointly proposing an alternative dispute resolution mechanism.

    SO ORDERED.

Dated: January 10, 2023
       New York, New York

                              ANALISA TORRES
                            United States District Judge