UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOVAN CAMPBELL, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

BABY'S 1st FURNITURE, INC.,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/18/2023__

22 Civ. 9788 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 17, 2023, the parties filed a revised proposed case management plan. ECF No. 14. The parties have listed a date in ¶ 6(c) that is later than the date proposed for the close of fact discovery in ¶ 5. The items in ¶ 6 must be completed by the close of fact discovery. Additionally, the date proposed in ¶ 7(a) for the close of expert discovery is more than 45 days after the proposed date for the close of fact discovery. The parties have not provided a reason supporting the necessity of an extended period for expert discovery. Accordingly, by **January 25, 2023**, the parties shall file a revised case management plan.

    SO ORDERED.

Dated: January 18, 2023
       New York, New York

                                            ANALISA TORRES
                                      United States District Judge