UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOVAN CAMPBELL, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

BABY'S 1st FURNITURE, INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/26/2023

22 Civ. 9788 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 18, 2023, the Court directed the parties to file a revised proposed case management plan by January 25, 2023. ECF No. 15. That submission is now overdue. Accordingly, by **February 2, 2023**, the parties shall submit their revised case management plan.

    SO ORDERED.

Dated: January 26, 2023
       New York, New York

                                  ANALISA TORRES
                             United States District Judge