**Mars Khaimov Law, PLLC**

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _04/27/2023_ |

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

## MEMO ENDORSED

<u>VIA ECF</u>
Honorable Magistrate Katharine H. Parker
United States District Magistrate
Southern District of New York
500 Pearl Street
New York, NY 10007

April 27, 2023

Re:   *Case 1:22-cv-09788, Campbell v. Babys 1st Furniture, Inc.*
      <u>Request for Adjournment of Settlement Conference</u>

Dear Judge Parker:

Plaintiff submits this letter-motion respectfully to seek an adjournment of the settlement conference scheduled for May 2, 2023. Counsel will be traveling next week and unable to attend this conference. Defense counsel has also consented to this relief. Upon emailing Your Honor, Mr. Aiello informed the Parties that the Court's schedule may be full until August. If that is the case, the Parties would still like a settlement conference scheduled in August. If Your Honor can set aside time for this conference in June or July, the Parties would prefer that, however, respectfully. In the interim, the Parties will work towards reaching a resolution amongst themselves. This is the first time this relief is being requested and both Parties consent.

We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

Cc: David Stein, Esq.

**<u>APPLICATION GRANTED:</u>  The Settlement Conference in this matter utilizing Microsoft Teams scheduled for Tuesday, May 2, 2023 at 2:30 p.m. is hereby rescheduled to <u>Tuesday, July 18, 2023 at 2:30 p.m.</u>  Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>July 11, 2023 by 5:00 p.m.</u>**

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.    **04/27/2023**