```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOVAN CAMPBELL, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

BABY'S 1st FURNITURE, INC.,

        Defendant.

22 Civ. 9788 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for June 13, 2023, is ADJOURNED to **August 1, 2023**, at **1:00 p.m.**

    SO ORDERED.

Dated: May 30, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge